UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
FEB 28 2011
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| NANCY ERHART, <br><br> Plaintiff <br><br> vs. <br><br> UNITED OF OMAHA LIFE INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. _____ <br> ) <br> ) **1 : 1 1 -cv- 0 3 0 1 JMS -MJD** <br> ) <br> ) <br> ) |

### VERIFIED NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, United of Omaha Life Insurance Company, by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice of the removal of this cause to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Wayne Superior Court where this action, styled as *Nancy Erhart v. United of Omaha Life Insurance Company*, Cause No. 89C01-1101-CT-00006 (the "State Court Litigation"), is now pending, and states:

1. The State Court Litigation was commenced on January 21, 2011, in the Wayne Superior Court, and Indiana state court located within this judicial district and division of this Court. *See* 28 U.S.C. § 1446(b). Process was served on Defendant on or about January 28, 2011 and this Verified Notice of Removal of Civil Action is being filed within the time required by 28 U.S.C. § 1446(b). A true and accurate copy of the Summons, Complaint, and Appearance served upon Defendant is attached as Exhibit A.

2. Defendant is the only defendant in the State Court Litigation.

3. The State Court Litigation is a civil action for damages.

4. The United States District Court for the Southern District of Indiana, Indianapolis Division, has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332, by reason of the

diversity of citizenship of the parties and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000), exclusive of costs and interest.

5. At the time the action was commenced in state court and at the present time, Plaintiff, Nancy Erhart, was and is an Indiana citizen and resident of Henry County, Indiana.

6. At the time the action was commenced in state court and at the present time, Defendant, United of Omaha Life Insurance Company, was and is a corporation with its principal place of business located in Nebraska.

7. It is clear from the face of the Complaint, the allegations made and damages sought, that the value of this litigation well exceeds Seventy Five Thousand Dollars ($75,000), exclusive of costs and interest. In relevant part, Plaintiff alleges that she is entitled to disability benefits under the long term disability policy issued by Defendant, which upon estimate may well exceed $75,000. Plaintiff further alleges and seeks damages, including punitive damages, in a claim for bad faith, which has allegedly caused emotional distress and financial losses.

8. Written notice of the filing of this Verified Notice of Removal of Civil Action is concurrently being provided to the parties as required by law.

9. A true and accurate copy of this Verified Notice of Removal of Civil Action will be filed with the Wayne Circuit Court as required by 28 U.S.C. § 1446(d).

10. This Notice is accompanied by copies of all process, pleadings and orders served upon the Defendant in this action and all documents served or filed by the parties in this action, including:

    a. Plaintiff's Summons, Complaint, and Appearance (Exhibit A);

    b. Appearance of Counsel for Defendant (Exhibit B);

    c. Defendant's Motion for Enlargement of Time (Exhibit C);

        d.        Order Enlarging Time to Plead (Exhibit D); and

        e.        Notice to the Clerk (without its attachment) (Exhibit E);

WHEREFORE, Defendant United of Omaha Life Insurance Company, requests that this cause proceed in this Court as an action properly removed.

Respectfully submitted,

*/s/ Curtis T. Jones*

Curtis T. Jones, Attorney No. 24967-64

BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
cjones@boselaw.com

Attorneys for Defendant United of Omaha Life Insurance Company

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "Verified Notice of Removal of Civil Action" has been served upon the following counsel of record by first class, United States mail, postage prepaid, this 28th day of February, 2011:

> Melissa A. Davidson
> Charles D. Hankey Law Office
> 434 E. New York Street
> Indianapolis, IN 46202
> mad@hankeylaw.com

*/s/ Curtis T. Jones*
Curtis T. Jones

1839744/15324-0000