| STATE OF INDIANA | ) | |
|---|---|---|
| | ) SS: | IN THE WAYNE SUPERIOR COURT |
| COUNTY OF WAYNE | ) | CAUSE NO. 89C01-1101-CT-00006 |

NANCY ERHART,  )
                    )
    Plaintiff,    )

**FILED**

**JAN 2 1 2011**

Clerk, Wayne Circuit Court

vs.  )

UNITED OF OMAHA LIFE  )
INSURANCE COMPNAY,  )
    Defendant.  )

## COMPLAINT FOR DAMAGES

Comes now Plaintiff, Nancy Erhart, by counsel, Melissa A. Davidson, complains of

Defendant, United of Omaha Life Insurance Company, as follows:

1.    The Plaintiff, Nancy Erhart, is a citizen of the State of Indiana and a resident of

        Henry County, Indiana.

2.    United of Omaha Life Insurance Company is an insurance company doing business

        in Wayne County, Indiana.

3.    At all times material hereto, Nancy Erhart was insured under a long term disability

        policy issued by United of Omaha Life Insurance Company.  The long term disability

        policy is attached as Plaintiff's Exhibit A.

4.    Pursuant to the policy, United of Omaha Life Insurance Company promises to pay

        monthly disability benefits payments in the event Ms. Erhart is unable to work due to

        an injury or illness.

5.    Nancy Erhart was employed by the City of Richmond, County of Wayne, State of

        Indiana. The long-term disability policy is therefore exempt from the Employee

Retirement and Income Security Act of 1974.

6.   Ms. Erhart was forced to leave her job on July 4, 2008, due to symptoms related to Myofascial pain and Depression.

7.   Ms. Erhart applied for long-term disability benefits; however, her application was denied.

8.   Ms. Erhart continues to be totally disabled and her doctor has repeatedly advised United of Omaha Life Insurance Company that she is unable to work due to her condition.

9.   Despite this information from her treating doctor, United of Omaha Life Insurance Company refuses to instate Ms. Erhart's disability benefits.

10.  Ms. Erhart has complied with all the applicable provisions of the long term disability policy.

11.  United of Omaha Life Insurance Company has breached the provisions of the long term disability policy by refusing to pay Ms. Erhart's disability benefits.

12.  Ms. Erhart has suffered emotional distress, financial losses and other losses due to United of Omaha Life Insurance Company's refusal to pay her disability benefits.

13.  United of Omaha Life Insurance Company's actions have violated the covenant of good faith and fair dealing in several ways including but not limited to:

   a. Terminating Ms. Erhart's benefits when liability on the part of the insurance company is clear

   b. Failing to conduct a proper investigation and review of this claim before terminating Ms. Erhart's benefits.

   c. Compelling the insured to initiate this litigation to recover the amount due her

under the terms of the policy.

d. Ignoring statements of Ms. Erhart's treating physician, who documented that she

is unable to work.

WHEREFORE, the Plaintiff, Nancy Erhart, requests that this Honorable Court enter

judgment against United of Omaha Life Insurance Company in an amount that will compensate

Plaintiff for the unpaid disability benefits, interest, and damages for the insurance company's bad

faith refusal to pay this legitimate claim.

Respectfully Submitted,

Melissa A. Davidson, #26068-49
Attorney for Janet Harrison
Charles D. Hankey Law Office
434 E. New York Street
Indianapolis, IN   46202
Phone (317) 634-8565 Ext. 231
Fax:  (317) 634-9818

## REQUEST FOR TRIAL BY JURY

Comes now Plaintiff and requests that all of the above and foregoing issues be tried by and with the intervention of a jury.

Melissa A. Davidson, 26068-49
Attorney for Plaintiff
Charles D. Hankey Law Office
434 East New York Street
Indianapolis, Indiana 46202
(317) 634-8565

# YOUR GROUP
# LONG-TERM DISABILITY
# BENEFITS

## City of Richmond

**Effective July 1, 2005**



## HOW TO OBTAIN PLAN BENEFITS

To obtain benefits see the Payment of Claims provision.

Forward your completed claim form to:

United of Omaha Life Insurance Company
Group Disability Management Services
Mutual of Omaha Plaza
Omaha, Nebraska 68175

## CLAIM ASSISTANCE

If you need assistance with filing your claim or an explanation of how your claim was paid, contact the:

United of Omaha Life Insurance Company
Group Disability Management Services
Mutual of Omaha Plaza
Omaha, Nebraska 68175
Call Toll Free: 1-800-877-5176

When contacting the Company please have your policy number available. Your policy number is GLTD-672C.

# BENEFITS SUMMARY

City of Richmond
GLTD-672C
Effective: July 1, 2005

This Benefits Summary provides a brief description of some of the features and benefits of Your group Long-Term Disability Plan. This summary is not a contract. For a complete description of the benefits, covered services and exclusions and limitations of the services, refer to the appropriate section of the Certificate.

**Who is Covered:** .................................................................................All eligible active employees, except fire and police employees

**Elimination Period:** ...................................................................................90 calendar days

**Monthly Benefits:** ...............................................................60% of Your Basic Monthly Earnings up to a maximum benefit of $3,750 per month.

**Please note:** Your payments may be reduced by Other Income Benefits.

**Minimum Monthly Benefit:** .......................................................................................$100

**Pre-existing Conditions:** ............................................................................................Yes

**Maximum Benefit Period**................................If disability begins prior to age 62, benefits are payable to 1.) age 65 or 2.) Your Social Security Normal Retirement Age. At age 62, the benefit period will be based on a reducing benefit period duration schedule.

**Minimum Work Hours Required:**.........................................................32 hours each week

**Eligibility Waiting Period:**
Present ...............................................................................For employees in an eligible class on or before the Policy Effective Date: 1 month of continuous Active Work

Future.................................................................................For employees in an eligible class after the Policy Effective Date: 1 month of continuous Active Work

LTD Insurance

## NOTICE

Your satisfaction is very important to us. Should you have a valid claim, we fully expect to provide a fair settlement in a timely fashion.

If you need assistance with filing your claim or an explanation of how your claim was paid, first contact the Company at the address shown in your certificate.

Should you feel you are not being treated fairly, we want you to know you may contact the Indiana Department of Insurance with your complaint and seek assistance from the governmental agency that regulates insurance.

To contact the Department, write or call:

Consumer Services Division
Indiana Department of Insurance
311 West Washington Street, Suite 300
Indianapolis, IN 46204-2787

Consumer Hotline: 1-800-622-4461

In the Indianapolis Area: 1-317-232-2395

(*)

9894GI-EZ 95

# Table of Contents

The key sections of your booklet
appear in the following order.

**Page**

CERTIFICATE OF INSURANCE ................................................................................1

SCHEDULE.................................................................................................................2

EMPLOYEE ELIGIBILITY .......................................................................................8

RIDER FAMILY AND MEDICAL LEAVE
  as Federally Mandated .......................................................................................12

LONG-TERM DISABILITY BENEFITS...................................................................14

VOCATIONAL REHABILITATION PROVISION ...................................................17

PAYMENT OF CLAIMS.............................................................................................19

DISABILITY CLAIM REVIEW PROCEDURES
  (As Federally Mandated)....................................................................................21

APPEAL RIGHTS
  (Disability) (As Federally Mandated).................................................................23

STANDARD PROVISIONS .......................................................................................25

LONG-TERM DISABILITY DEFINITIONS .............................................................26

# CERTIFICATE OF INSURANCE

## UNITED OF OMAHA
## LIFE INSURANCE COMPANY

Home Office: Mutual of Omaha Plaza
Omaha, Nebraska  68175

United of Omaha Life Insurance Company certifies that Group Policy No(s). GLTD-672C (policy) has been issued to City of Richmond (Policyholder).

Insurance is provided for certain employees as described in the policy.

The benefits described in this Certificate are subject to the terms and conditions of the policy. Benefits are effective only if you are eligible for the insurance, become insured and remain insured as described in this Certificate.

UNITED OF OMAHA LIFE INSURANCE COMPANY

*Daniel P. Neary*

Chairman of the Board and Chief Executive Officer

*Michael Weaver*

Corporate Secretary

No. 6 (*)
EO

7000CI-U-EZ

**THIS SCHEDULE DESCRIBES THE AMOUNT OF BENEFITS AND CERTAIN OTHER REQUIREMENTS AND LIMITATIONS APPLICABLE TO BENEFITS FOR DISABILITY. OUR OBLIGATION TO CONSIDER BENEFITS DESCRIBED IN THIS SCHEDULE IS SUBJECT TO ALL TERMS OF THE POLICY, INCLUDING, BUT NOT LIMITED TO, ALL DEFINITIONS, GENERAL EXCLUSIONS AND RIDERS. PLEASE REFER TO THE TABLE OF CONTENTS IN THE CERTIFICATE TO LOCATE THE PROVISIONS OF THE POLICY.**

## SCHEDULE

The amount of insurance for You will be in accordance with Your classification in this Schedule.

### Classification(s)

All eligible active employees, except fire and police employees

### For You
### LONG-TERM DISABILITY BENEFITS

### Elimination Period

The Elimination Period is 90 calendar days.

For accumulating days of Disability to satisfy the Elimination Period, the following will apply:

(a) a period of Disability will be treated as continuous during the Elimination Period unless Disability stops for more than 30 accumulated days during the Elimination Period; and

(b) days You are not Disabled will not be used to satisfy the Elimination Period.

### Definitions

**Basic Monthly Earnings** means Your gross income received from the Policyholder and verified by premium We have received for the month immediately prior to the month in which Your Disability began.

It includes employee contributions to deferred compensation plans. It does not include commissions, bonuses, overtime pay, shift differential, other extra compensation, or Policyholder contributions to Deferred Compensation plans received from the Policyholder.

**Other Income Benefits** has the meaning set forth in the Other Income Benefits provision of this Schedule.

### Monthly Benefit

If You are Disabled and earning less than 20% of Your Indexed Pre-Disability Earnings, the Monthly Benefit while Disabled is the lesser of:

(a) 60% of Your Basic Monthly Earnings, less Other Income Benefits; or

(b) the Maximum Monthly Benefit. The Maximum Monthly Benefit is $3,750, less any Other Income Benefits.

2005

You may work for wage or profit while Disabled. As a work incentive, You will receive the Monthly Benefit for 12 months of Disability, unless the sum of:

(a) the Gross Monthly Benefit while You are Disabled; plus

(b) Current Earnings;

exceeds 100% of Your Indexed Pre-Disability Earnings. If this sum exceeds 100% of Your Indexed Pre-Disability Earnings, the Monthly Benefit will be reduced by that excess amount.

After the Monthly Benefit has been paid for an aggregate of 12 months, benefits will be paid according to the following:

(a) If You are Disabled and unable to earn more than 20% of Your Basic Monthly Earnings, We will continue to pay the Monthly Benefit.

(b) If You are Disabled and earn more than 20% of Your Basic Monthly Earnings, the following formula will be used to figure the Monthly Benefit:

$$\frac{(A+D) \times C}{B}$$

A= Your Indexed Pre-Disability Earnings less any Current Earnings.

B= Your Indexed Pre-Disability Earnings.

C= Your Monthly Benefit amount payable.

D= The amount of Child Care Expense You incur in accordance with the Child Care Expense provision.

Your Monthly Benefit will never be less than $100.

When less than one month of Disability benefits is due, a pro rata benefit will be paid for each day of Disability. This pro rata benefit will be equal to 1/30th of Your Monthly Benefit as calculated above.

While You are participating in a plan of vocational rehabilitation approved by Us, Your Monthly Benefit, as calculated above, will be increased by 5%.

## Maximum Benefit Period

If You are Disabled because of an Injury or Sickness, We will pay benefits as follows. However, benefits for Disabilities resulting from a Mental Disorder or Alcohol or Drug Abuse and/or Substance Abuse will be paid in accordance with any Mental Disorder Limitation or Alcohol and Drug Abuse and/or Substance Abuse Limitation shown in this Schedule.

| Age at Disability | Maximum Benefit Period |
|---|---|
| 61 or less | to age 65 or to Your Social Security Normal Retirement Age, or 3 years and 6 months, whichever is longer |
| 62 | to Your Social Security Normal Retirement Age or 3 years and 6 months, whichever is longer |
| 63 | to Your Social Security Normal |

3

| | |
|---|---|
| | Retirement Age or 3 years, whichever is longer |
| 64 | to Your Social Security Normal Retirement Age or 2 years and 6 months, whichever is longer |
| 65 | 2 years |
| 66 | 1 year and 9 months |
| 67 | 1 year and 6 months |
| 68 | 1 year and 3 months |
| 69 or older | 1 year |

**Social Security Normal Retirement Age** means Your normal retirement age under the United States Social Security Act determined as follows.

| Year of Birth | Social Security Normal Retirement Age |
|---|---|
| 1937 or earlier | 65 Years |
| 1938 | 65 years and 2 months |
| 1939 | 65 years and 4 months |
| 1940 | 65 years and 6 months |
| 1941 | 65 years and 8 months |
| 1942 | 65 years and 10 months |
| 1943 through 1954 | 66 years |
| 1955 | 66 years and 2 months |
| 1956 | 66 years and 4 months |
| 1957 | 66 years and 6 months |
| 1958 | 66 years and 8 months |
| 1959 | 66 years and 10 months |
| 1960 or later | 67 years |

**NOTE:** Your Social Security Normal Retirement Age may change subject to any changes to the United States Social Security Act.

**Mental Disorder Limitation**

If You are Disabled because of a Mental Disorder, Your benefits will be limited to a total of 24 months while insured under the Policy, unless You are confined as a resident inpatient in a Hospital at the end of that 24-month period. The Monthly Benefit will continue to be paid during such confinement.

If You are still Disabled when You are discharged, the Monthly Benefit will be paid for a recovery period of up to 90 additional days.

If You become re-confined as a resident inpatient in a Hospital during the recovery period for at least 14 consecutive days, benefits will be paid for the duration of the second confinement.

In no event will benefits payable due to Mental Disorders be payable beyond the Maximum Benefit Period as shown above in the Maximum Benefit Period section.

**Alcohol and Drug Abuse and/or Substance Abuse Limitation**

If You are Disabled because of Alcohol and Drug Abuse and/or Substance Abuse, Your benefits will be limited to a total of 24 months while insured under the Policy, unless You are confined as a resident inpatient in a Hospital at the end of that 24-month period. The Monthly Benefit will continue to be paid during such confinement.

If You are still Disabled when You are discharged, the Monthly Benefit will be paid for a recovery period of up to 90 additional days.

If You become re-confined as a resident inpatient in a Hospital during the recovery period for at least 14 consecutive days, benefits will be paid for the duration of the second confinement.

In no event will benefits payable due to Alcohol and Drug Abuse and/or Substance Abuse be payable beyond the Maximum Benefit Period as shown above in the Maximum Benefit Period section.

**Other Income Benefits**

We take into account the total of all Your income from other sources of income in determining the amount of Your Monthly Benefit. Your Other Income Benefits are any of the following amounts that you receive or are eligible to receive as a result of Your Disability:

1.  Any amounts under:

    (a)  a workers' compensation law;

    (b)  an occupational disease law;

    (c)  the Jones Act, (46 U.S.C. Statute 688(a) (1920)); or

    (d)  any other act or law of like intent to the laws described in 1(a), (b) or (c) above.

2.  Any amounts under another group insurance policy or plan for which the Policyholder has paid any part of the cost. A group insurance policy or plan is one for which the Policyholder contributes or makes payroll deductions.

3.  Any amounts as disability income payments under any:

    (a)  state compulsory benefit act or law;

    (b)  government retirement system as a result of Your job with the Policyholder; or

    (c)  work loss provision in a no-fault motor vehicle insurance plan, unless state law or regulation does not allow group disability income benefits to be reduced by benefits from no-fault motor vehicle coverage.

4.  Any amount of Retirement Benefits under the Policyholder's Retirement Plan. Benefits payable before the plan's normal retirement age are considered Other Income Benefits only if You voluntarily elect to receive these benefits.

5.  Any benefits for You or Your spouse and child(ren) under:

    (a)  the U.S. Social Security Act;

    (b)  the Canada Pension Plan;

(c) the Quebec Pension Plan;

(d) the Railroad Retirement Act;

(e) the Public Employee Retirement Plan;

(f) the Teachers Employment Retirement Plan; or

(g) any similar plan or act that provides:
    (1) Disability benefits; or
    (2) Retirement Benefits (except this will not apply if Your Disability begins after Your Social Security Normal Retirement Age and You were already receiving Social Security retirement benefits. This exception only applies to U.S. Social Security Benefits).

6. Any amount payable as salary continuance, sick leave or severance allowance.

7. Any amount from a third party (after subtracting attorneys' fees) by judgment, settlement or otherwise.

8. Any amounts from any unemployment insurance law or program.

## Social Security Assistance

In order to be eligible for assistance from Our Social Security claimant advocacy program, You must be receiving Monthly Benefits from Us. We can arrange for advice regarding Your claim and assist You with Your application or appeal.

Receiving Social Security benefits may enable:

(a) You to receive Medicare after 24 months of disability payments;

(b) You to protect Your retirement benefits; and

(c) Your family to be eligible for Social Security benefits.

We can arrange assistance in obtaining Social Security disability benefits by:

(a) helping You find appropriate representation;

(b) obtaining medical and vocational evidence; and

(c) reimbursing pre-approved case management expense.

## Explanation of Other Income Benefits

You must apply for Other Income Benefits for which You are or may become eligible and do what is needed to obtain them. If Your Social Security application is denied, You must appeal the decision by Social Security to a level that is satisfactory to Us and provide written proof of all levels of appeal.

As part of Your proof of Disability, We require that You furnish evidence to Us that You have applied for Other Income Benefits for which You are or may become eligible.

After the first reduction for each of the Other Income Benefits, We will not further reduce Your Monthly Benefit due to any cost of living increases payable under these Other Income Benefits.

Other Income Benefits that are paid in a lump sum will be prorated on a monthly basis over a period for which the sum is given. If no time period is stated, the sum will be prorated on a monthly basis over the lesser of the following:

    (a)  The Policy's Maximum Benefit Period; or

    (b)  60 equal payments.

If Other Income Benefits which are paid in a lump sum are paid on a retroactive basis, then we may adjust the Monthly Benefit to recover any overpayment.

Until You have signed Our Reimbursement Agreement and have given written proof to Us that application has been made or all available appeals have been exhausted for Other Income Benefits, We may:

    (a)  estimate Your Other Income Benefits; and

    (b)  reduce Your Monthly Benefit by that amount.

If We reduce Your benefit on this basis, and if all of Your appeals are denied, We will restore the reduced amounts to You in one payment.

# EMPLOYEE ELIGIBILITY

## Disability Insurance

### Definitions

Terms defined in this provision may be used in, or apply to other provisions throughout this Policy, Certificate and any Riders. Definitions of other terms may be found in other provisions. Any singular word shall include any plural of the same word.

**Active Employment** or **Actively Employed** means Actively Working on a regular and consistent basis for the Policyholder 32 or more hours each week. A Disabled Employee will not be considered actively employed.

**Actively Working** or **Active Work** means performing the normal duties of a regular job for the Policyholder at:

    (a) the Policyholder's usual place of business;

    (b) an alternative work site at the direction of the Policyholder; or

    (c) a location to which one must travel to perform the job.

An Employee will be considered Actively Working on any day that is:

    (a) a regular paid holiday or day of vacation; or

    (b) a regular or scheduled non-working day;

    provided the Employee was Actively Working on the last preceding regular work day.

If an Employee's customary place of employment is at home, the Employee will be considered actively working if not confined on that day as described in the Confinement Rule.

### Confinement Rule

1. If an eligible Employee is confined due to an Injury or Sickness:

    (a) in a Hospital as an inpatient;

    (b) in any institution or facility other than a Hospital; or

    (c) at home and under the supervision of a Physician;

    insurance will begin on the first day of the Policy month which coincides with or follows the day the Employee returns to Active Employment.

2. If an eligible Employee is Actively Employed and is not:

    (a) confined; and

    (b) available for work because of an Injury or Sickness;

    insurance will begin on the first day of the Policy month which coincides with or follows the day the Employee returns to Active Employment.

**Employee** means a person who receives compensation from the Policyholder for work performed for the Policyholder. An employee will not include a person who is unauthorized to work in the United States pursuant to the Immigration and Nationality Act and related rules and regulations.

The term Employee does not include any person performing services for the Policyholder:

    (a) pursuant to an independent contractor relationship with the Policyholder;

    (b) subject to the terms of a leasing agreement between the Policyholder and a leasing organization;

    (c) who receives income which is reported by the Policyholder on IRS form 1099;

    (d) while outside the United States for any period in excess of 12 consecutive months, unless approval has been received from the Home Office;

    (e) on a seasonal basis; or

    (f) on a temporary basis.

## Eligible Employees

An Employee who has completed 1 month of continuous Active Employment on or before July 1, 2005 becomes eligible for insurance under this Policy on July 1, 2005.

An Employee who is not eligible for insurance under this Policy on July 1, 2005, or an Employee who is hired after July 1, 2005, becomes eligible for insurance under this Policy on the day following completion of 1 month of continuous Active Employment.

## When Insurance Begins

An Employee will become insured on the first day of the Policy month which coincides with or follows the day the Employee becomes eligible, provided the Employee is Actively Working on that day. If the Employee is not Actively Working on that day, insurance will begin on the first day of the Policy month which coincides with or follows the day the Employee returns to Active Work.

If an Employee was eligible for group disability coverage under a plan maintained by the Policyholder immediately prior to the effective date of this Policy but did not elect coverage under such plan, the Employee may enroll for insurance under this Policy if the Employee is otherwise eligible and provides Us with evidence of good health. If such evidence is acceptable to Us, We will determine the day insurance begins.

## Reinstatement of Insurance

If an eligible Employee wants to reinstate insurance after insurance has ended, the following will apply:

Rehire: If insurance ended because the Employee has ceased to be eligible under this Policy and the Employee becomes eligible again within 90 days after insurance ended, the waiting period will be waived. All other Policy provisions, including Pre-existing Conditions, will apply.

**When Your Classification or the Amount of Insurance Changes**

Any change in Your classification, coverage or amount of Your insurance as shown in the Schedule will take effect on the first day of the Policy month which coincides with or follows the day of the change, provided You are Actively Working on that day. If You are not Actively Working on that day, the following conditions will apply:

(a) If the change involves an increase in amount of insurance, the change will not take effect until the first day of the Policy month which coincides with or follows the day You return to Active Work.

(b) If the change involves a decrease in the amount of insurance, the change will take effect on the day of the change.

In no event will any change take effect during a period of Disability.

**When Your Insurance Ends**

Your insurance will end at midnight at the main office of the Policyholder on the earliest of:

(a) the day this Policy ends;

(b) the day any premium contribution for Your insurance is due and unpaid;

(c) the day before You enter the Armed Forces on active duty (except for temporary active duty of two weeks or less); or

(d) the day You are no longer eligible. You will no longer be eligible when the earliest of the following occurs:
   (1) You are not in an eligible classification described in the **Schedule**;
   (2) Your employment with the Policyholder ends;
   (3) You are not Actively Employed; or
   (4) You do not satisfy any other eligibility condition described in this Policy.

We will provide benefits for a payable claim which occurs while You are covered under this Policy.

**Continuation of Insurance During Disability**

If You become Disabled, Your insurance will continue without payment of premium for as long as You are entitled to receive Monthly Benefits, provided the premium is paid during the Elimination Period.

**Continuity of Coverage Upon Transfer of Insurance Carriers**
**Failure to Be in Active Employment Due to Injury or Sickness**

Upon payment of the premium, You will be insured under this Policy if You:

(a) were covered under a group disability plan maintained by the Policyholder immediately prior to the effective date of this Policy; and

(b) are not Actively Employed on the effective date of this Policy due to Injury or Sickness.

The benefit payable under this Policy will be that amount which would have been paid by the prior plan had coverage remained in force, less the amount of any benefit for which the prior plan is liable.

**Effect of a Preexisting Condition**

If You become insured under the Policy on its effective date and were covered under a group disability plan maintained by the Policyholder immediately prior to the effective date of this Policy, any benefits payable under this Policy for a disability due to a Preexisting Condition will be determined as follows:

1. If You cannot satisfy the Pre-existing Conditions provision of this Policy, but have satisfied the pre-existing condition provision under the prior disability plan, giving consideration towards continuous time covered under both plans, We will pay the lesser of:

   (a) the benefit that would have been paid under the prior plan; or

   (b) the benefit payable under this Policy.

2. If You cannot satisfy the Pre-existing Conditions provision under this Policy or of the prior plan, no benefit under this Policy will be payable.

# RIDER
# FAMILY AND MEDICAL LEAVE

### as Federally Mandated

This Rider is made a part of Group Policy GLTD-672C.

This Rider is effective on the latest of:

    (a)  the effective date of the Policy;

    (b)  the day You become insured under the Policy; or

    (c)  the date required by Federal law.

In the event of a conflict between this Rider and any other provision of the Policy, including the Certificate, this Rider shall control. This Rider shall be subject to all provisions of the Policy, including the Certificate, not in conflict with this Rider.

## Definitions

**Serious Health Condition** has the meaning set forth in the Family and Medical Leave Act of 1993 (FMLA) (including any amendments to the FMLA).

## Family and Medical Leave

If You become eligible for a family or medical leave of absence in accordance with the FMLA, Your insurance coverage may be continued on the same basis as if You were Actively at Work for up to 12 weeks during a 12 month period, as defined by the Policyholder, for any of the following reasons:

    (a)  to care for Your child after the birth or placement of a child with You for adoption or foster care; so long as such leave is completed within 12 months after the birth or placement of the child;

    (b)  to care for Your spouse, child, foster child, adopted child, stepchild, or parent who has a Serious Health Condition; or

    (c)  for Your own Serious Health Condition.

In the event You or Your spouse are both insured as employees of the Policyholder, the continued coverage under (a) may not exceed a combined total of 12 weeks. In addition, if the leave is taken to care for a parent with a Serious Health Condition, the continued coverage may not exceed a combined total of 12 weeks.

## Conditions

1.  If, on the day Your insurance is to begin, You are already on an FMLA leave of absence for any reason other than Your own Serious Health Condition, You will be considered Actively at Work.

2.  If You begin an FMLA leave of absence after You have been insured under this Policy, the amount of Your insurance benefits will be same as that which was in effect on the day before Your FMLA leave started, subject to any reductions in benefits in accordance with the terms of the Policy.

(*)
FMLA/Disability

1.  You are eligible to continue coverage under FMLA if:

    (a)  You have worked for the Policyholder for at least one (1) year;

    (b)  You have worked at least 1,250 hours over the previous 12 months;

    (c)  The Policyholder employs at least 50 employees within 75 miles from Your worksite; and

    (d)  You continue to pay any required premium for Yourself in a manner determined by the Policyholder.

2.  In the event You choose not to pay any required premium during Your leave, Your insurance coverage will not be continued during the leave. You will be able to reinstate Your coverage on the day You return to work, subject to any changes that may have occurred in the Policy during the time You were not insured. You will not be subject to any evidence of good health requirement provided under the Policy. Any partially-satisfied waiting periods, including any limitations for a preexisting condition, which are interrupted during the period of time premium was not paid will continue to be applied once coverage is reinstated.

3.  You are subject to all conditions and limitations of the Policy during Your leave, except that anything in conflict with the provisions of the FMLA will be construed in accordance with the FMLA.

4.  If requested by Us, You or the Policyholder must submit proof acceptable to Us that Your leave is in accordance with FMLA.

5.  This FMLA continuation is concurrent with any other continuation option.

6.  FMLA continuation ends on the earliest of:

    (a)  the day You return to work;

    (b)  the day You notify the Policyholder that You are not returning to work;

    (c)  the day Your coverage would otherwise end under the Policy; or

    (d)  the day coverage has been continued for 12 weeks.

**Important Notice**

Contact the Policyholder for additional information regarding FMLA eligibility.

# LONG-TERM DISABILITY BENEFITS

## Benefits

If, while insured under this provision, You become Disabled due to Injury or Sickness, We will pay the Monthly Benefit shown in the Schedule.  Benefits will begin after You satisfy the Elimination Period shown in the Schedule.

## Pre-existing Conditions

We will not provide benefits for Disability:

    (a) caused by, contributed to by, or resulting from a Pre-existing Condition; and

    (b) which begins in the first 12 months after You are continuously insured under this Policy.

A **Pre-existing Condition** means any Injury or Sickness for which You received medical treatment, advice or consultation, care or services including diagnostic measures, or had drugs or medicines prescribed or taken in the 3 months prior to the day You become insured under this Policy.

## Recurrent Disability

A Recurrent Disability will be treated as part of Your prior claim and You will not be required to satisfy another Elimination Period if:

    (a) You were continuously insured under the Policy for the period between Your prior claim and Your Recurrent Disability; and

    (b) Your Recurrent Disability occurs within six months of the end of Your prior claim.

In order to prevent over-insurance because of duplication of benefits, benefits payable under this Recurrent Disability provision will cease if benefits are payable to You under any other group disability income policy or plan.

## Survivor Benefit

We will pay a survivor benefit to Your Eligible Survivor when We receive proof that You died:

    (a) after being Disabled; and

    (b) while receiving or eligible to receive a Monthly Benefit under this Policy.

However, if there are no Eligible Survivors, the survivor benefit will be paid to Your estate.

**Eligible Survivor** means Your spouse, if living; otherwise, it means Your natural and/or adopted children who are living and under age 25. An Eligible Survivor must be living at the time of Your death.

The survivor benefit will be an amount equal to 3 times Your Monthly Benefit payable for the month immediately prior to Your death.

If a Survivor Benefit is payable to Your child and, if there is more than one such child, then the survivor benefit will be divided equally among such children.

If payment becomes due to Your child or children, the payment will be made to:

    (a)  Your child or children; or

    (b)  a person named by Us to receive payments on the child's or children's behalf.  This payment will be valid and effective against all claims by the child or children or by others representing or claiming to represent said child or children.

## Child Care Expense Provision

After You have received a total of 12 months of Disability benefits, any Child Care Expense You incur for Your Dependent Child will be included in the Disability Benefits formula as described in the Monthly Benefit section of the Schedule, provided that You continue to be Disabled.

Any Child Care Expense benefits are subject to the following:

    (a)  The maximum Child Care Expense considered is $350 per month per child (or prorated for any lesser period);

    (b)  Child Care Expenses of up to 100% of Current Earnings will be considered; and

    (c)  The result of subtracting Child Care Expenses from Current Earnings can never be less than zero.

**Child Care Expense** means the expense incurred for Child Care provided by an adult other than a person who is part of Your immediate family (You; Your spouse; or a child, brother, sister or parent of You or Your spouse).

**Child Care** means care for children provided on a regular basis for daily periods of less than 24 hours, whether the care is for daytime or nighttime hours.

For the purpose of this provision, a **Dependent Child** means a natural, foster, adopted or step-child who is:

    (a)  under age 15; or

    (b)  incapable of self-sustaining employment and dependent on You for support because of a mental or physical handicap.

## When Benefits End

Benefits will be paid during a period of Disability until the earliest of:

    (a)  the day You are no longer Disabled;

    (b)  the day You die;

    (c)  the end of the Maximum Benefit Period shown in the Schedule;

    (d)  the day You fail to provide Us satisfactory proof of continuous Disability and/or any Current Earnings;

    (e)  the day You fail to comply with Our request to be examined by a Physician and/or vocational rehabilitation expert of Our choice;

    (f)  the day You are not under Regular Care for the Injury or Sickness that caused the Disability;

(g)  the day You are able to return to work on a part-time or full-time basis and do not do so; or

(h)  the day Monthly Benefits have been paid to You for a cumulative period of 12 months, when You are outside the United States or Canada on such day.  If You are in the United States or Canada on such day, Monthly Benefits are payable to the end of the Maximum Benefit Period shown in the Schedule, subject to all other Policy provisions.

## General Exclusions

We will not pay benefits for any Disability which is caused by, contributed to by, or resulting from:

(a)  declared or undeclared war or any act of war or armed aggression;

(b)  Your participation in a riot, insurrection or rebellion;

(c)  Your commission of a felony for which You have been charged under state or federal law;

(d)  an intentionally self-inflicted Injury or Sickness, whether You are sane or insane;

(e)  attempted suicide, whether You are sane or insane;

(f)  Alcohol and Drug Abuse and/or Substance Abuse, except as specifically provided in the Schedule; or

(g)  Mental Disorders, except as specifically provided in the Schedule.

We also will not pay benefits for any Disability:

(a)  with respect to Alcohol and Drug Abuse and/or Substance Abuse, while You are not being actively supervised by and receiving continuing treatment from a rehabilitation center or designated institution approved for such treatment by an appropriate body in the governing jurisdiction, or if none, by Us;

(b)  while You are incarcerated or imprisoned for any period exceeding 60 days; or

(c)  that is solely a result of a loss of a professional license, occupational license or certification.

## VOCATIONAL REHABILITATION PROVISION

If You are disabled and are receiving disability benefits as provided by the policy, You may be eligible to receive vocational rehabilitation services. These services include, but are not limited to:

    (a) job modification;

    (b) job placement;

    (c) retraining; and

    (d) other activities reasonably necessary to help You return to work.

Eligibility for vocational rehabilitation services is based on Your education, training, experience and physical/mental capabilities. Before vocational rehabilitation services will be considered:

    (a) Your disability must not allow You to perform Your regular occupation;

    (b) You must not have the necessary skills to allow You to perform another occupation;

    (c) You must have the physical and mental capability for successful completion of a rehabilitation program; and

    (d) there must be reasonable expectation that rehabilitation services will help You return to active employment.

All vocational rehabilitation programs will be developed with input from You, Your physician, Your employer and Us and described on an Individual Written Rehabilitation Plan (IWRP), which states:

    (a) the vocational rehabilitation goals;

    (b) the responsibilities of Us, You and any third parties associated with the IWRP;

    (c) the times and dates of the vocational rehabilitation services; and

    (d) all costs associated with the services.

Either We, Your physician, or You may initiate consideration for Your participation in vocational rehabilitation. Failure to participate without good cause will result in reduction or termination of Disability benefits. Reduction of benefits will be based on Your income potential if You were employed after a vocational rehabilitation program.

### Definitions

**Good Cause** means documented physical or mental impairments not identified in Your existing disability claim that:

    (a) renders You incapable of rehabilitation;

    (b) interferes with a medical program You are currently participating in; or

    (c) conflicts with any other program You are participating in that will allow You to return to active employment.

10693GI-RX-EZ

We will make the final determination of any vocational rehabilitation services provided, eligibility for participation and any continued benefit payments.

The definition of Disability will not apply during the term of the vocational rehabilitation program but will be reapplied after such program ends.

# PAYMENT OF CLAIMS

## How To File Claims

It is important for You to notify Us of Your claim as soon as possible so that a claim decision can be made in a timely manner. Before Your claim can be considered, We must be given a written proof of loss, as described below. In the event of Your death or incapacity, Your beneficiary or someone else may give Us the proof.

## Proof of Loss Requirements

1. First, request a claim form from the Plan Administrator or from Us.

   This request should be made:

   (a) within 20 days after a loss occurs; or

   (b) as soon as reasonably possible.

   When We receive the request, We will send a claim form for filing proof of loss.  If You do not receive the form within 15 days of Your request, You can meet the proof of loss requirement by giving Us a written statement of what happened. Such statement should include:

   (a) that You are under the Regular Care of a Physician;

   (b) the appropriate documentation of Your job duties at Your regular occupation and Your Basic Monthly Earnings;

   (c) the date Your Disability began;

   (d) the cause of Your Disability;

   (e) any restrictions and limitations preventing You from performing Your regular occupation;

   (f) the name and address of any Hospital or institution where You received treatment, including attending Physicians.

2. Next, You and Your employer must complete and sign Your sections of the claim form, and then give the claim form to the Physician. Your Physician should fill out his or her section of the form, sign it, and send it directly to Us.

3. The claim form should be sent to Us within 90 days after the end of Your Elimination Period; or as soon as reasonably possible. If it is not possible to give Us proof within 90 days, it must be given to Us no later than one year after the time proof is otherwise required, unless the claimant is not legally capable.

## How Claims are Paid

Benefits will be paid monthly after We receive acceptable proof of loss.

Benefits will be paid to You, except benefits due but unpaid at Your death may be paid, at Our option, to:

   (a) any member of Your family; or

7023PC-LTD-EZ 01                                                                                                          (*)

(b)  Your estate.

This provision does not apply to any survivor benefits payable under the Policy.

## Examination

We sometimes require that a claimant be examined by a Physician or vocational rehabilitation expert of our choice. We will pay for these examinations. We will not require more than a reasonable number of examinations.

## Overpayments

We have the right to recover any overpayments due to:

    (a)  fraud;

    (b)  any error We make in processing a claim; and

    (c)  Your receipt of Other Income Benefits.

You must reimburse Us in full. We will determine the method by which the repayment is to be made.

We will not recover more money than the amount We paid You.

# DISABILITY CLAIM REVIEW PROCEDURES

## (As Federally Mandated)

For Group Policy GLTD-672C, this provision is effective the later of:

    (a)  the effective date of the Policy; or

    (b)  the date required by Federal law.

### Definitions

Capitalized terms have the same meaning as shown in the Policy.

For the purposes of this provision the following term has the following meaning:

**Adverse Benefit Determination** means a denial, reduction or termination of, or a failure to provide or to make payment (in whole or in part) for a benefit, including any such denial, reduction, termination of, or failure to provide or make payment (in whole or in part) that is based upon the Insured Person's ineligibility for insurance under the Policy.

For the purposes of these Claim Review Procedures, the terms **You, Your, Yours** shall include Your authorized representative.

### Disability Claim Review Procedures

Once We receive information necessary to evaluate the claim, We will make a decision within the time periods set forth below. Please refer to the Payment of Claims provision of the Policy.

In the event an extension is necessary due to matters beyond Our control, We will notify You of the extension and the circumstances requiring the extension. Extensions are limited as set forth below.

If an extension is necessary due to Your failure to submit complete information, We will notify You of the additional information required. Such notice of incomplete information will be sent within the time periods set forth below.

In order for Us to continue processing Your claim, the missing information must be provided to Us within the time periods set forth below.

You may contact Us at any time for additional details about the processing of the claim.

### Disability Claim Review Decisions

    (a)  Initial review: We will notify You of Our claim decision within 45 days after Our receipt of Your claim, unless additional information is requested as set forth below;

    (b)  Extension period: 30 days; and

    (c)  Maximum number of extensions: two.

If additional information is needed, We will notify You within 30 days of Our receipt of the claim. Once You receive Our request for additional information, You will have 45 days to submit the additional information to Us. We will have a total of 105 days (which includes an additional 30-day extension, if necessary, due to circumstances beyond Our control) to process the claim.

SPD Claims

(*)
Disab

If We do not receive the additional information within the specified time period, We will make Our determination based on the available information.

## Disability Claim Denials

If a claim is denied or partially denied, You will receive a written or electronic notice of the denial which will include:

(a) the specific reason(s) for the denial;

(b) reference to the specific Policy provisions on which the denial is based;

(c) if applicable, a description of any additional material or information necessary to complete the claim and the reason We need the material or information;

(d) a description of the appeal procedures; including Your right to request an appeal within 180 days and Your right to bring a civil action following the appeal process; and

(e) any other information which may be required under state or federal laws and regulations.

Additionally, if We used an internal rule, guideline, protocol or other similar criterion in making an Adverse Benefit Determination, You will receive a statement of Your right to receive, upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion.

Furthermore, if We make an Adverse Benefit Determination based upon a medical necessity or experimental treatment or a similar exclusion or limitation, We will include a statement that an explanation of the scientific or clinical judgment for such determination will be provided to You upon request and free of charge.

## Appeals

If a claim is denied or partially denied, You shall have a reasonable opportunity for an appeal and a right to a full and fair review. Please refer to the Appeal Rights provision.

# APPEAL RIGHTS

## (Disability)
## (As Federally Mandated)

For Group Policy GLTD-672C, this provision is effective the later of:

    (a)  the effective date of the Policy; or

    (b)  the date required by Federal law.

Capitalized terms have the same meaning as shown in the Policy.

### Opportunity To Request An Appeal

You may appeal Our claim review decision in accordance with this Appeal Rights provision. As part of the appeal, We will perform a full and fair review of the claim review decision.

The request for an appeal can be written, electronically or orally submitted to Us and should include any additional information You believe may have been omitted from Our review or that should be considered by Us.

We will establish and maintain procedures for hearing, researching, recording and resolving any appeal. The notification You receive regarding Our claim review decision will include instructions on how and where to submit an appeal.

**You will have 180 days from Your receipt of notification of Our claim review decision to submit a request for an appeal.**

The request for an appeal should include:

    (a)  the name of the employee;

    (b)  the name of the person filing the appeal if different from the employee;

    (c)  the policy number; and

    (d)  the nature of the appeal.

By requesting an appeal, You have authorized Us, or anyone designated by Us, to review Your records.

For the purposes of this Appeal Rights provision, the terms **You, Your, Yours** shall include Your authorized representative.

### Our Response To An Appeal

Once We receive Your request for an appeal, We will respond no later than 45 days, unless additional information is requested. If additional information is requested, the following extensions apply:

    (a)  extension period: 45 days;

    (b)  maximum number of extensions: one.

We will have a total of 90 days to process the appeal.

I2279GN-EZ

(*)
FED Disab

When We make Our determination You will be provided with:

(a) information regarding Our decision; and

(b) information regarding other internal or external appeal or dispute resolution alternatives, including any required state mandated appeal rights.

# STANDARD PROVISIONS

## Insurance Contract

The insurance contract consists of:

   (a) the Policy;

   (b) the Policyholder's application attached to the Policy; and

   (c) Your application, if required.

## Changes in the Insurance Contract

The insurance contract may be changed (including reducing or terminating benefits or increasing premium costs) any time We and the Policyholder both agree to a change. No one else has the authority to change the insurance contract. A change in the insurance contract:

   (a) does not require You or Your beneficiary's consent; and

   (b) must be:
      (1) in writing;
      (2) made a part of the Policy; and
      (3) signed by one of Our officers.

A change may affect any class of Insured Persons, including retirees if retiree coverage is included in the Policy.

## Applications

We may use misstatements or omissions in Your application to contest the validity of insurance, reduce coverage or deny a claim, but We must first furnish You or Your beneficiary with a copy of that application. We will not use Your application to contest or reduce insurance which has been in force for two years or more during Your lifetime. However, if You are not eligible for insurance, there is no time limit on Our right to contest insurance or deny a claim.

Statements in an application are treated as representations, not as warranties.

## Legal Actions

No legal action can be brought until at least 60 days after We have been given written proof of loss. No legal action can be brought more than three years after the date written proof of loss is required.

(***)
EO/LTD

7024SP-EZ 12-84

# LONG-TERM DISABILITY DEFINITIONS

Terms defined in this provision are used in, or apply to, other provisions throughout the Policy, Certificate and any Riders. Definitions of other terms may be found in other provisions. Any singular word shall include any plural of the same word.

**Appropriate Care and Treatment** means medical care and treatment that meet all of the following:

    (a) It is received from a Physician whose expertise, medical training and clinical experience are suitable for treating Your Injury or Sickness;

    (b) It is Medically Necessary;

    (c) It is consistent in type, frequency and duration of treatment with relevant guidelines based on national medical research or published by health care organizations and government agencies;

    (d) It is consistent with the diagnosis of Your condition; and

    (e) Its purpose is to improve Your medical condition and thereby aid in Your ability to return to work.

**Current Earnings** means any actual pre-tax monthly income You receive while You are working and eligible to receive a Monthly Benefit, or the pre-tax earnings You could receive if You were working at Your Maximum Capacity. If Your current earnings fluctuate, We reserve the option to average Your current earnings over the most recent three-month period and continue Your claim provided the average does not exceed the percentage of Indexed Pre-Disability Earnings allowed by the Policy. A Monthly Benefit will not be payable for any month during which Your current earnings exceed that percentage.

**Deferred Compensation** means contributions You make through a salary reduction agreement with Your employer to a plan or arrangement under Internal Revenue Code (IRC) §:

    (a) 401(k);

    (b) 403(b);

    (c) 408(k);

    (d) 457 Deferred Compensation arrangement; or

    (e) any other deferred compensation agreement or arrangement defined under the Internal Revenue Code.

**Disability and Disabled** means that because of an Injury or Sickness, a significant change in Your mental or physical functional capacity has occurred in which You are:

    (a) prevented from performing at least one of the Material Duties of Your Regular Occupation on a part-time or full-time basis; and

    (b) unable to generate Current Earnings which exceed 80% of Your Basic Monthly Earnings due to that same Injury or Sickness.

After a Monthly Benefit has been paid for 2 years, Disability and Disabled mean You are unable to perform all of the Material Duties of any Gainful Occupation.

Disability is determined relative to Your ability or inability to work. It is not determined by the availability of a suitable position with Your employer.

**Elimination Period** means the number of days of Disability which must be satisfied before You are eligible to receive benefits. The elimination period is shown in the Schedule. The elimination period begins on the first day of Disability. If You are working, the elimination period can be satisfied provided Your Disability does not stop for more than the number of accumulated days shown in the elimination period section of the Schedule.

**Gainful Occupation** means an occupation, for which You are reasonably fitted by training, education or experience, is or can be expected to provide You with Current Earnings at least equal to 60% of Basic Monthly Earnings within 12 months of Your return to work.

**Gross Monthly Benefit** means Your Monthly Benefit amount before any reduction for Other Income Benefits and Current Earnings.

**Hospital** means an accredited facility licensed by the proper authority of the area in which it is located to provide care and treatment for the condition causing Your Disability. A hospital does not include a facility or institution or part of a facility or institution which is licensed or used principally as a clinic, convalescent home, rest home, nursing home or home for the aged, halfway house or board and care facilities.

**Indexed Pre-Disability Earnings** means Your Basic Monthly Earnings increased on the first anniversary of Monthly Benefits and each subsequent anniversary by the lesser of 10% or the percentage change in the Consumer Price Index (CPI-W). The term Consumer Price Index (CPI-W) means the index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. If the index is discontinued or changed, We may use another nationally-published index that We determine to be comparable to the CPI-W. For the purposes of this definition, the percentage change in the CPI-W means the difference between the current year's CPI-W and the prior year's CPI-W divided by the prior year's CPI-W.

**Injury** means an accidental bodily injury which is the direct result of a sudden, unexpected and unintended external force or element, such as a blow or fall, that requires treatment by a Physician. It must be independent of Sickness or any other cause, including, but not limited to, complications from medical care. Disability due to such injury must begin while You are insured under the Policy. Injury does not include elective or cosmetic surgery or procedures, or complications resulting therefrom.

**Material Duties** means the essential tasks, functions, and operations relating to an occupation that cannot be reasonably omitted or modified. In no event will We consider working an average of more than 40 hours per week in itself to be a part of material duties. One of the material duties of Your Regular Occupation is the ability to work for an employer on a full-time basis.

**Maximum Capacity** means, based on Your medical restrictions and limitations:

(a) during the first 24 months of Disability payments, the greatest extent of work You are able to do in Your Regular Occupation; and

(b) after 24 months of Disability payments, the greatest extent of work You are able to do in any occupation that is reasonably available and for which You are reasonably fitted by education training or experience.

27

**Medically Necessary** means care that is ordered, prescribed or rendered by a Physician or Hospital and is determined by Us, or a qualified party or entity selected by Us, to be:

    (a)  provided for the diagnosis or direct treatment of Your Injury or Sickness;

    (b)  appropriate and consistent with the symptoms and findings or diagnosis and treatment of Your Injury or Sickness; and

    (c)  provided in accordance with generally accepted professional standards and/or medical practice.

**Mental Disorder/Alcohol and Drug Abuse and/or Substance Abuse** means any condition or disease, regardless of its cause, listed in the most recent edition of the International Classification of Diseases as a mental disorder.

The Policy may include limited benefits for any one or more of the conditions or diseases included in this definition. If it does, only those limited benefits relating to those conditions or diseases will be available.

**Physician** means any of the following licensed practitioners:

    (a)  a doctor of medicine (MD), osteopathy (DO), podiatry (DPM) or chiropractic (DC);

    (b)  a licensed doctoral clinical psychologist; or

    (c)  where required by law, any other licensed practitioner who is acting within the scope of his/her license.

A physician does not include You, a person who lives with You or is a part of Your family (Your spouse; or a child, brother, sister or parent of You or Your spouse).

**Policyholder's Retirement Plan** means any retirement plan:

    (a)  which is part of any federal, state, county, municipal or association retirement system; and

    (b)  for which You are eligible as a result of employment with the Policyholder.

**Recurrent Disability** means a Disability which is related to or due to the same cause(s) of a prior Disability for which You received a Monthly Benefit under this Policy.

**Regular Care** means:

    (a)  You visit a Physician as frequently as is medically required, according to standard medical practice, to effectively manage and treat Your disabling condition; and

    (b)  You receive Appropriate Care and Treatment.

**Regular Occupation** means the occupation You are routinely performing when Your Disability begins. Your regular occupation is not limited to the specific position You held with the Policyholder, but will instead be considered to be a similar position or activity based on job descriptions included in the most current edition of the U.S. Department of Labor Dictionary of Occupational Titles (DOT). We have the right to substitute or replace the DOT with a service or other information that We determine of comparable purpose, with or without notice. To determine Your regular occupation, We will look at Your occupation as it is normally performed in the national economy, instead of how work tasks are performed for a specific employer, at a specific location, or in a specific area or region.

**Retirement Benefit** means money which:

(a) is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

(b) does not represent contributions made by You; and

(c) is payable upon the later of:
  (1) early or normal retirement as defined in the Policyholder's Retirement Plan or under the U.S. Social Security Act; or
  (2) Disability, if the payment does not reduce the amount of money which would have been paid at the normal retirement age under the plan if the Disability had not occurred.

**NOTE:** Regardless of how the retirement funds from the Retirement Plan are distributed, We will consider Your contributions and Your employer's contributions to be distributed simultaneously during Your lifetime.

**Retirement Plan** means a plan which provides Your Retirement Benefits and which is not funded wholly by Your contributions. The term shall not include a profit-sharing plan or a plan such as a 401(k), a thrift plan, an individual retirement account (IRA), a tax sheltered annuity (TSA), a stock ownership plan, or a non-qualified plan of Deferred Compensation.

**Rider** means a provision added to the Policy or Your Certificate to expand or limit benefits or coverage.

**Sickness** means a disease, disorder or condition, including pregnancy, for which you are under the care of a Physician. Disability must begin while you are insured under the Policy. Sickness does not include elective or cosmetic surgery or procedures, or complications resulting therefrom.

**We, Our, Us** means the Insurance Company shown on Your Certificate of Insurance.

**You, Your and Insured Person** means an insured employee or member.

29

# ELECTRONIC SCAN REQUIRED

## FCM

## USPS FIRST-CLASS MAIL©

JO ANN STEWART
WAYNE COUNTY CLERK
301 E MAIN ST
RICHMOND, IN 47374-4253

SHIP
TO:
UNITED OF OMAHA LIFE INSURANCE
C/O PRENTICE-HALL CORPORATION
SYSTEM INC
251 E OHIO ST STE 500
**INDIANAPOLIS, IN 46204-2184**

e/ USPS SIGNATURE CONFIRM



9121 9690 0726 8000 1500 59

Electronic Rate Approved #969007268

**Attention Carrier
on Route #C008**

This piece is being
monitored for Delivery
and Scanning accuracy.

## Non-Machinable Parcel

Attention: The styrofoam cube enclosed in this envelope is being included by the sender to meet a United States Postal Service regulation.

JO ANN STEWART
WAYNE COUNTY CLERK
301 E MAIN ST
RICHMOND, IN 47374-4253

First Class Parcel
DMM 503 9.2.2

89C01-1101-CT-00006



**LMS Packing Slip**

# Package ID: 1609779

| | |
|---|---|
| **Tracking Number:** | 468315600417 |
| **Package Recipient:** | General Counsel |
| **Recipient Company:** | Mutual of Omaha Insurance Company |
| **Recipient Address:** | Mutual Of Omaha Plaza 3301 Dodge Street Omaha NE 68175 USA |
| **Phone Number:** | 4023427600 |

## Package Contents:

| Transmittal Number | Case Number | Title of Action |
|---|---|---|
| 8409999 | 89C01-1101-CT-00006 | Nancy Erhart vs. United of Omaha Life Insurance Company |




Extrem

FedEx

FRI 2/22 249

D 21 JAN

From: Urgan 01: ANCIA
SOP Processing Department
Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

SHIP TO:   (402) 342 7600
Mutual of Omaha Insurance Company
General Counsel
Mutual Of Omaha Plaza
3301 Dodge Street
Omaha, NE 68175

BILL THIRD PARTY

FedEx



Ship Date: 31JAN11
ActWgt: 1 LB
System#: 1082/0F1XRS0777
Account#: S 32254/665

Ref #
Invoice #
PO #
Dept #

Delivery Address Bar Code

** 2DAY **

TRK#   4683 1560 0417   FORM
0201

68175   -NE-US

SC AIAA

OMA
A1

WED
Deliver By:
02FEB11