STATE OF INDIANA ) IN THE WAYNE SUPERIOR COURT
) SS:
COUNTY OF WAYNE ) CAUSE NO. 89C01-1101-CT00006

NANCY ERHART )
)
       Plaintiff, )
)
vs. )
)
UNITED OF OMAHA LIFE )
INSURANCE COMPANY, )
)
       Defendant. )

**FILED**
FEB 03 2011
Clerk, Wayne Circuit Court

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   Initiating _____   Responding __X__   Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **UNITED OF OMAHA LIFE INSURANCE COMPANY**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name: CURTIS T. JONES
Name: _____
Address: BOSE MCKINNEY & EVANS LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Attorney Number: 24967-64
Attorney Number: _____
Phone: (317) 684-5000
FAX: (317) 684-5173
Computer Address: cjones@boselaw.com
Computer Address: _____

3. There are other party members:   Yes ____   No __X__   (If yes, list on continuation page.)

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): _____

       Yes   No

5. I will accept service by FAX at the above noted number:   X   ____

6. This case involves support issues.   Yes ____   No __X__   (If yes, supply social security numbers for all family members on continuation page.)

7. There are related cases:   Yes ____   No __X__   (If yes, list on continuation page)

8. This form has been served on all other parties. Certificate of Service is attached:   Yes __X__   No ____

**EXHIBIT B**

9. Additional information required by local rule: _____

Respectfully submitted

*Curtis T. Jones* (signature)
Curtis T. Jones
Attorney for Defendant

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record by first class, United States mail, postage prepaid, this 3rd day of February, 2011:

> Melissa A. Davidson
> CHARLES D. HANKEY LAW OFFICE
> 434 E. New York Street
> Indianapolis, IN 46202

*Curtis T. Jones* (signature)
Curtis T. Jones