UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
FEB 28 2011
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| NANCY ERHART, | ) |
| Plaintiff | ) ) ) ) |
| vs. | ) CASE NO. _____ |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) 1:11-cv-0301 JMS-MJD ) ) ) |
| Defendant. | ) |

### APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendant, United of Omaha Life Insurance Company.

I certify that I am admitted to practice in this Court.

February 28, 2011
Date

_/s/ Curtis T. Jones_
Signature

Curtis T. Jones                                   24967-67
Printed Name                                      Bar Number

Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
Address

(317) 684-5000                                    (317) 684-5173
Phone Number                                      Fax Number

cjones@boselaw.com
E-mail Address

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "Appearance" has been served upon the following counsel of record by first class, United States mail, postage prepaid, this 28th day of February, 2011:

>  Melissa A. Davidson
>  Charles D. Hankey Law Office
>  434 E. New York Street
>  Indianapolis, IN 46202
>  mad@hankeylaw.com

_____
Curtis T. Jones

1840500/15324-0000