UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NANCY ERHART, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CASE NO. 1:11-cv-00301-JMS-MJD |
| | ) |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JOINT JURISDICTIONAL STATEMENT**

Comes now the parties, Nancy Erhart ("Mrs. Erhart") and United of Omaha Life Insurance Company ("United of Omaha"), by respective counsel, pursuant to this Court's March 1, 2011 Order (Dkt. 10), and jointly declare that jurisdiction is proper in this Court, and in support state:

This Court has diversity jurisdiction in all civil actions under 28 U.S.C. § 1332 "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States." This statute further states that "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

In this action, Mrs. Erhart is an Indiana citizen and resident of Henry County, Indiana. As the Court noted in its Order: "Corporations have dual citizenship: they are the citizens of their state of incorporation and of their principle place of business." Dkt. 10 (citing *Hertz Corp. v. Friend*, 130 S. Ct. 11881, 1186 (2010)). United of Omaha is a company incorporated in the State of Nebraska. United of Omaha's principal place of business is located at Mutual of Omaha Plaza, Omaha, Nebraska 68175. Thus, this controversy is between citizens of different states.

Mrs. Erhart's Complaint includes a count for breach of contract. The past due contractual damages alone do not total $75,000. However, Plaintiff has alleged and seeks damages, including bad faith damages, which have allegedly caused emotional distress and extra-contractual financial losses. Plaintiff's counsel has indicated that the damages sought in the Complaint, exclusive of interest and costs, exceed $75,000.

## Conclusion

Because Mrs. Erhart is a citizen of Indiana and United of Omaha is a citizen of Nebraska, complete diversity exists, combined with Mrs. Erhart's Complaint which seeks damages that exceed $75,000, exclusive of interest and costs, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a).

Respectfully submitted,

/s/ *Curtis T. Jones*
Curtis T. Jones, Attorney No. 24967-64

BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
cjones@boselaw.com

Attorneys for Defendant United of Omaha Life Insurance Company

*/s/ Melissa A. Davidson* (with consent)
Melissa A. Davidson, Attorney No. 26068-49
Attorney for Janet Harrison
Charles D. Hankey Law Office
434 E. New York Street
Indianapolis, IN 46202

Attorney for Plaintiff Nancy Erhart

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing "Joint Jurisdictional Statement" has been served upon the following counsel via the Court's electronic filing service, this 8th day of March, 2011:

>Melissa A. Davidson
>Charles D. Hankey Law Office
>434 E. New York Street
>Indianapolis, IN  46202
>mad@hankeylaw.com

>/s/ *Curtis T. Jones*_____
>Curtis T. Jones

1861509_1/15324-0007