# FILE COPY - United of Omaha

June 10, 2009

NANCY ERHART
384 E CR 500 S
NEW CASTLE    IN 47362

                                          Policy Number:  GLTD 672C
                                          Claim Number:  250801864301

Dear Ms. Erhart:

We have completed our review of your application for Long-Term Disability benefits under policy GLTD 672C. Based on our review, we have determined that we are unable to approve benefits and your claim has been denied.

The provision(s) in your policy, which the denial of your claim is based upon, states the following:

Disability and Disabled means that because of an Injury or Sickness, a significant change in Your mental or physical functional capacity has occurred in which You are:

- (a) prevented from performing at least one of the Material Duties of Your Regular Occupation on a part-time or full-time basis; and
- (b) unable to generate Current Earnings which exceeds 80% of Your Basic Monthly Earnings due to that same Injury or Sickness.

After a Monthly Benefit has been paid for 2 years, Disability and Disabled means You are unable to perform all of the Material Duties of any Gainful Occupation.

Disability is determined relative to Your ability or inability to work. It is not determined by the availability of a suitable position with Your employer.

The information we used to make our determination includes the following: Dr. Scott Taylor October 30, 2008, Dr. Samantha Meeks July 6, 2007 and April 7, 2008, Dr. Mark Davisson March 31, 2008 through January 14, 2009 and Meridian Services April 28, 2008 through May 27, 2008.

In summary, the documentation does not support a functional change that prevented you from performing the Material Duties of your own occupation as of the initial date of disability. Although you did sustain a fracture in January 2009 this disabling condition would not be covered as you were not actively at work prior to disability. Therefore, no benefits are payable and your claim has been denied.

If you disagree with our determination, and wish to appeal this claim decision, you or your authorized representative must submit a written request to appeal within 180 days of the date you receive this notice of denial to the address listed below.

61090828.250

Erhart WF-000130

2

**United of Omaha**
**Group Disability Management Services, 8th Floor**
**Appeals Department**
**Mutual of Omaha Plaza**
**Omaha, NE 68175**

If you wish, you may submit, in writing, your comments and views of the issues and any additional documentation, records or other information in support of your appeal. You are encouraged to submit any additional medical records that may be available to support your appeal. Medical records include, but are not limited to: treatment notes, test results, consultations, therapy notes, etc.

You have the right to receive, upon written request, a copy of all pertinent documents relied upon in making a benefit determination. This would include, but is not limited to, any internal guidelines, protocols and procedures if used.

Within 45 days after United of Omaha Life Insurance Company receives your request for appeal, we will render a determination, unless we have determined that special circumstances require an extension of time for assessing the evidence and processing of the claim. In that event, we will render a decision within 90 days after the receipt of your request for appeal.

If an extension is necessary due to your failure to submit information necessary to decide the appeal, the notice of extension will describe the required information, and you will be afforded 45 days from the receipt of the notice to provide the specified information. If you deliver the requested information within the time specified, the 45-day extension of the review period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, we will make our determination without that information. Our review will take into account all new information, whether or not presented or available at the initial determination. No deference will be afforded to the initial determination.

If your plan is governed by the Employee Retirement Income Security Act (ERISA), you have the right to bring a civil action suit once all administrative rights to review have been exhausted. You and your plan may have other voluntary alternative dispute resolution options available, such as mediation. One way to find out what options may be available is to contact the local U.S. Department of Labor Office and your state insurance regulatory agency.

If we do not receive your appeal within 180 days from the date you receive this letter, our claim determination will be final.

Nothing in this letter should be construed as a waiver of any rights or defenses under the above-captioned policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned.

If you have any questions regarding this matter, please contact our Customer Service Department at 1-800-877-5176.
Sincerely,

Erhart WF-000131

3

*Rick Fetter*

Rick Fetter
Group Disability Management Services

Erhart WF-000132

# FILE COPY - United of Omaha

June 10, 2009

ATTN: STEPHANIE SHERWOOD
CITY OF RICHMOND
50 NORTH 5TH STREET
RICHMOND IN 47374

                              Policy Number: GLTD 672C
                              Claim Number: 250801864301
                              NANCY ERHART

Dear Ms. Sherwood:

This letter is to inform you that the long-term disability claim we received on July 8, 2008 for disability beginning April 4, 2008 has been denied.

Due to privacy laws, we are unable to provide any additional information.

Sincerely,

*Rick Fetter*
Rick Fetter
Group Disability Management Services

61084028.250

Erhart WF-000133