Wed Dec  9 11:11:11 2009          Fast,Mary                              Page: 1
12-09-2009   11:47 AM   FAX24 PUBLIC FAX SERVICE   From:       To: INTUITY..FAX   Page  1
   12/09/2009  11:47      0182                                             PAGE  01

Nancy Erhart
384 E CR 500 South
New Castle, IN 47362
765-686-2316

Att: Mary Beth

December 8, 2009

Policy #: GLTD672C
Claim #: 250801864301

United of Omaha Life Insurance Company
Mutual of Omaha Plaza
Omaha, NE 68175

Dear Appeals Department:

I am writing to let you know I disagree with your denial for Long-Term Disability benefits and wish to appeal this claim decision. I have been to my doctor several times in the last six months and just went last week for a physical. Instead of giving me my medical records, he suggested I hire an attorney and have you ask for what you need from his records.

I would like for you to send a copy of all documents you relied upon in making your benefit determination.

Sincerely,

Nancy Erhart
Nancy Erhart

120909 APPEAL

Erhart WF-000126