UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NANCY ERHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO: 1:11-cv-00301-JMS-MJD |
| | ) |
| UNITED OF OMAHA LIFE | ) |
| INSURNACE COMPANY, | ) |
| | ) |
| Defendant, | ) |
| * * * * * * * * * * * * * * * * * * * * | ) |
| UNITED OF OMAHA LIFE | ) |
| INSURNACE COMPANY, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANCY ERHART, | ) |
| | ) |
| Counterclaim Defendant. | ) |

**PLAINTIFF/COUNTERCLAIM DEFENDANT FINAL EXHIBIT LIST**

COMES NOW, the Plaintiff/Counterclaim Defendant Nancy Erhart, and by and through the undersigned counsel, Melissa A. Davidson, pursuant to the Case Management Plan and files the following final list of exhibits.

**EXHIBITS**

1. Disability policy issued by Mutual of Omaha.

2. Claim file produced by Defendant in this case.

3. Claims Manual.

4. All Plaintiff's medical records, reports, and test results from Henry County Hospital.

5. All Plaintiff's medical records, reports, and test results from Forest Ridge Rehabilitation.

6. All Plaintiff's medical records, reports, and test results from Henry County Center for Orthopedic Surgery.

7. All Plaintiff's medical records, reports, and test results from Central Indiana Orthopedics.

8. All Plaintiff's medical records, reports, and test results from New Castle Clinic.

9. All Plaintiff's medical records, reports, and test results from Meridian Services Corporation.

10. Plaintiff's Social Security Disability claim file.

11. Documents produced by Plaintiff's employer in response to the Non-party Request for Production.

12. Plaintiff's documents showing financial difficulties due to denial of benefits – i.e. bank statements, disconnect notices, late notices, etc.

13. Any discovery responses.

14. Any necessary deposition transcripts from depositions taken in this case.

15. Curriculum Vitaes or Resumes of peer reviewing nurses and doctors.

16. Any documents produced in response to non-party request for production of documents.

17. Photographs and videotapes of the Plaintiff.

18. Any and all treating physician's Curriculum Vitaes.

19. Any and all demonstrative or illustrative evidence, including but not limited to anatomical models, photographs, illustrations, or drawings of the Plaintiff's medical condition, financial condition, and illustrations of testimony.

20. Any and all X-rays, CT scans, MRI's, and all other diagnostic films or tests performed on Plaintiff.

21. Any and all pleadings filed in this case.

22. Mortality Tables.

23. Any and all charts, summaries, or calculations needed to assist the trier of fact.

24. Any and all evidence, documents or exhibits which were identified, mentioned, or referenced in any discovery response, including Interrogatory Answers, Responses to Requests for Production, Responses to Request for Admissions, Depositions, and statements of correspondence.

25. Any and all documents or records relied upon by any treating physician.

26. Any and all documents or records relied upon by any reviewing physician.

27. Any and all demonstrative exhibits, including diagrams, charts, drawings, and/or computer generated documents relied upon, used or generated by any treating/evaluating physician in forming his opinion.

28. Any and all evidence necessary to impeach witnesses or which evidence may come to the attention of the Plaintiff after considering testimony at trial.

29. AMA Guide to Evaluation of Permanent Impairment, 5th ed.

30. Summary of Lost Earnings.

31. Summary of Lost Disability Benefits

32. All documents evidencing Plaintiff's loss of income.

33. All exhibits listed by the Defendant.

34. Any necessary rebuttal exhibits.

35. Reports from Mary Fuller.

36. Cirriculum Vitae of Mary Fuller.

37. All documents relied upon by Mary Fuller.

38. Report of Mary Fuller

39. Report and video of Dr. Davisson.

Respectfully Submitted,

_____s/ Melissa A. Davidson_____
Melissa A Davidson
Attorney for Plaintiff/Counterclaim Defendant

## CETIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Final Exhibit List was served upon counsel of record through the court's electronic filing system this 30th day of August, 2012:

Robert B. Clemens
Curtis T. Jones
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
rclemens@boselaw.com
cjones@boselaw.com

____s/ Melissa A. Davidson_____
Melissa A Davidson
Attorney at Law
Charles D. Hankey Law Office, PC
434 E. New York Street
Indianapolis, IN 46202
Phone: (317) 634-9815
Fax: (317) 634-9818