UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NANCY ERHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO: 1:11-cv-00301-JMS-MJD |
| | ) |
| UNITED OF OMAHA LIFE | ) |
| INSURNACE COMPANY, | ) |
| | ) |
| Defendant, | ) |
| * * * * * * * * * * * * * * * * * * * * | ) |
| UNITED OF OMAHA LIFE | ) |
| INSURNACE COMPANY, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANCY ERHART, | ) |
| | ) |
| Counterclaim Defendant. | ) |

**PLAINTIFF/COUNTERCLAIM DEFENDANT FINAL WITNESS LIST**

COMES NOW, the Plaintiff/Counterclaim Defendant Nancy Erhart, and by and through the undersigned counsel, Melissa A. Davidson, pursuant to the Case Management Plan and files the following final list of Witnesses.

**WITNESSES**

1. Nancy Erhart, 384 E. CR 500 South, New Castle, IN 47362.

    a. Ms. Erhart has been deposed and will testify consistent with her deposition regarding her conditions, limitations, prior employment, activities of daily living, her dealings with Defendant and its employees, and how she was affected by Defendant's bad faith denial of benefits.

2. Sarah Erhart, c/o Nancy Erhart, 384 E. CR 500 South, New Castle, IN 47362.

   a. This is Plaintiff's daughter and is expected to testify regarding Ms. Erhart's daily activities, how she has assisted Plaintiff while disabled, how Plaintiff has been affected by the bad faith denial of benefits.  Ms. Erhart has been interviewed.

3. Robert L. Williams, 3811 S. Main Street, New Castle, IN 47362

   a. This is Plaintiff's significant other who is expected to testify regarding Ms. Erhart's daily activities, how she has assisted Plaintiff while disabled, how Plaintiff has been affected by the bad faith denial of benefits.  Mr. Williams has been interviewed.

4. Mary Fuller, Bad Faith Expert, Disability Claims Consulting Services, Inc., 605

   Chandlers Wharf, Portland, Maine, 04101.

   a. Mary Fuller has been designated an as an expert witness and has provide the report required by Trial Rule 26. She expected to testify consistent with that report.

5. Dr. Davisson, New Castle Clinic, 1007 N. 16th Street, New Castle, IN 47362.

   a. Dr. Davisson has been designated as an expert witness and has provided the report required by Trial Rule 26.  He expected to testify consistent with that report.

6. Bobbie Burns-Bierwith, Appeals Specialist, United of Omaha.

   a. Ms. Burns-Bierwith has been deposed and is expected to testify consistent with her deposition testimony regarding her training, the policies and procedures at United of Omaha, her handling of the appeal, and how she determined a denial of benefits was appropriate.

7. Rick Fetter, LTD Claims Analyst, United of Omaha

   a. Mr. Fetter has been deposed and is expected to testify consistent with his deposition testimony regarding her training, the policies and procedures at United of Omaha, his handling of the application, and how he determined a denial of benefits was appropriate.

8. Julie Grancer, RN, United of Omaha

   a. Nurse Grancer has been deposed.  She is expected to testify consistent with her deposition.  Plaintiff may call her at trial to testify about her education, training received at United of Omaha,  the policies and procedures at United of Omaha,

      her handling of fibromyalgia claims, and how she determined a denial of benefits was appropriate.

9. Nancy Rosenstock, RN

   a. Plaintiff has not been able to locate Nurse Rosenstock. However, if she is located, Plaintiff may call her at trial to testify about her education, training received at United of Omaha, the policies and procedures at United of Omaha, her handling of fibromyalgia claims, and how she determined a denial of benefits was appropriate.

10. Steve Swoveland, Supervisor

    a. Mr. Swoveland is expected to testify about the requirements of Plaintiff's job, the quality of her work and his observations regarding any difficulties she had performing the job. Counsel for Plaintiff has not yet been able to reach Mr. Swoveland.

11. Any person identified in any discovery response, including interrogatory answers, responses to requests for production, responses to requests for admissions, depositions, and statements of correspondence.

12. Any person deposed or yet to be deposed in this matter.

13. Any person necessary to authenticate any documents or lay proper foundations for the admission of any evidence.

14. Any person listed on any witness list filed by any party to this matter.

15. All witnesses called by the Defendant in this case.

16. Any necessary rebuttal witnesses.

Counsel for Plaintiff hereby certifies that each witness on Plaintiff's Final Witness List has been interviewed or deposed as noted above, with those exceptions listed.

                Respectfully Submitted,


                _____s/ Melissa A. Davidson_____
                Melissa A Davidson
                Attorney for Plaintiff/Counterclaim Defendant


### **CETIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Final Witness List was served upon

counsel of record through the court's electronic filing system this 30th day of August, 2012:


Robert B. Clemens
Curtis T. Jones
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
rclemens@boselaw.com
cjones@boselaw.com


                ____s/ Melissa A. Davidson_____
                Melissa A Davidson
                Attorney at Law
                Charles D. Hankey Law Office, PC
                434 E. New York Street
                Indianapolis, IN  46202
                Phone: (317) 634-9815
                Fax: (317) 634-9818