## Jones, Curtis

| | |
|---|---|
| **From:** | Jones, Curtis |
| **Sent:** | Friday, July 27, 2012 9:24 AM |
| **To:** | 'mad@hankeylaw.com' |
| **Subject:** | RE: Erhart |

Confirmed as you've stated below.

Curtis T. Jones
Bose McKinney & Evans LLP | www.boselaw.com

---

**From:** mad@hankeylaw.com [mailto:mad@hankeylaw.com]
**Sent:** Friday, July 27, 2012 9:18 AM
**To:** Jones, Curtis
**Subject:** Erhart

Curtis,

I just want to confirm that if we don't get a ruling on the Motion today that we can informally agree to postpone the final W/E list until we do have a ruling? We can readdress it at that time depending on outcome of the motion?

Thanks,

Melissa

Charles D. Hankey Law Office
434 E. New York Street
Indianapolis, IN 46202
Direct Dial: 317-638-1661
Fax: 317-632-1007

---

CHARLES HANKEY LAW OFFICE, P.C.
434 E. New York Street
Indianapolis, IN 46202
Phone: 317-634-8565
Fax: 317-634-9818

This e-mail is the exclusive private, confidential, and privileged property of the sender and the Charles D. Hankey Law Office, PC. The information contained in it is intended solely for the use of the sender and the intended recipient. If you are not the intended recipient you are hereby advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone (call collect, if long distance) and then destroy this document and any copies
in any form immediately.

RECEIPT OF THIS ELECTRONIC MAIL MESSAGE BY ANYONE OTHER THAN THE NAMED RECIPIENT(S) IS NOT A WAIVER OF ANY ATTORNEY-CLIENT, WORK PRODUCT, OR OTHER APPLICABLE PRIVILEGE.

This message may have been created on an expedited basis and may not have been proof read.

2