UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NANCY ERHART, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CASE NO. 1:11-cv-00301-JMS-MJD |
| | ) |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANCY ERHART, | ) |
| | ) |
| Counterclaim Defendant. | ) |

## DEFENDANT'S FINAL LIST OF WITNESSES

Comes now Defendant, United of Omaha Life Insurance Company ("United of Omaha"), by counsel, pursuant to the Case Management Plan and files the following final list of Witnesses.

1. Nancy Erhart, 384 E. CR 500 South, New Castle, IN 47362.

    Ms. Erhart has been deposed and is expected to testify consistent with her deposition regarding her claim for Long-Term Disability benefits, her past and current conditions, limitations, restrictions, prior employment, current employment capabilities, and past and current activities of daily living and caring for her grandchildren.

2. Dr. Mark E. Davisson, New Castle Clinic, 1007 N. 16th Street, New Castle, IN 47362.

    Dr. Davisson has been designated as an expert witness and will be interviewed or deposed prior to trial. Dr. Davisson is expected to testify regarding Ms. Erhart's past and current conditions, limitations and restrictions according to the medical records from his office. Dr. Davisson is also expected to testify regarding his conversations and advice to Ms. Erhart to stop working and seek disability benefits.

**EXHIBIT C**

3. Dr. Scott Taylor, M.D., Physical Medicine & Rehabilitations of East Central Indiana, P.C., 2200 Forest Ridge Parkway, Suite 240, New Castle, IN 47362.

   Dr. Taylor will be deposed prior to trial. Dr. Taylor is expected to testify consistent with the medical records regarding his treatment of Ms. Erhart in November 2008 and her symptoms and condition before and after that treatment.

4. Rick Fetter, LTD Claims Analyst, United of Omaha. Contact information may be obtained from undersigned counsel.

   Mr. Fetter has been deposed and is expected to testify regarding the receipt and review of Ms. Erhart's claim, documents submitted by Ms. Erhart or sought and received by United of Omaha concerning her claim and the contents of any correspondence concerning her claim.

5. Bobbie Burns-Bierwith, Appeals Specialist, United of Omaha. Contact information may be obtained from undersigned counsel.

   Ms. Burns-Bierwith has been deposed and is expected to testify regarding the appeal of United of Omaha's denial of Ms. Erhart's claim, documents submitted by Ms. Erhart or sought and received by United of Omaha concerning her appeal and the contents of any correspondence concerning the appeal.

6. Julie Grancer, RN, BSN, United of Omaha. Contact information may be obtained from undersigned counsel.

   Ms. Grancer has been deposed and is expected to testify regarding the documents submitted by Ms. Erhart or sought and received by United of Omaha concerning her claim, any restrictions or limitations noted in those records and any report issued by Ms. Grancer concerning Ms. Erhart's claim.

7. Nancy Rosenstock, RN, BSN, COHN-S, CLNC, United of Omaha. Contact information may be obtained from undersigned counsel.

   Ms. Rosenstock has been interviewed and is expected to testify regarding the documents submitted by Ms. Erhart or sought and received by United of Omaha concerning her claim and her appeal of United of Omaha's claim decision, any restrictions or limitations noted in those records and any report issued by Ms. Rosenstock concerning Ms. Erhart's claim and appeal of United of Omaha's claim decision.

8. Rena Serkins, MS, CRC, CVE, CCM, LPC, United of Omaha. Contact information may be obtained from undersigned counsel.

   Ms. Serkins has been interviewed and is expected to testify regarding the job description for Laboratory Technician and job duties and requirements for Ms.

        Erhart's position at the City of Richmond and any report issued by Ms. Serkins concerning Ms. Erhart's claim.

9.     Shirley A. Daugherty, RN, CLCP, MSCC, CLNC, Daugherty & Associates, LLC, 4319 West Clara Lane, No. 232, Muncie, IN 47304.

        Ms. Daugherty has been designated as an expert witness and has provided the report required by Trial Rule 26. She is expected to testify consistent with that report.

10.    Any person identified in any discovery response, including interrogatory answers, responses to request for production, responses to requests for admissions, depositions, and statement of correspondence.

11.    Any person deposed or yet to be deposed in this matter.

12.    Any person necessary to authenticate any documents or lay proper foundations for the admission of any evidence.

13.    All witnesses called by the Plaintiff in this case.

14.    Any necessary rebuttal witnesses.

Counsel for Defendant hereby certifies that each witness on this Final Witness List has been interviewed or deposed as noted above, with those exceptions listed.

        Respectfully submitted,

        /s/ *Curtis T. Jones*
        Curtis T. Jones, Attorney No. 24967-64
        Robert B. Clemens, Attorney No. 4046-71

        BOSE MCKINNEY & EVANS LLP
        111 Monument Circle, Suite 2700
        Indianapolis, IN 46204
        (317) 684-5000
        (317) 684-5173 fax
        cjones@boselaw.com
        rclemens@boselaw.com

        Attorneys for Defendant United of Omaha Life Insurance Company

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 12, 2012, a copy of the foregoing document was served on the following counsel via the Court's electronic filing service:

>Melissa A. Davidson
>Charles D. Hankey Law Office
>434 E. New York Street
>Indianapolis, IN  46202
>mad@hankeylaw.com

>/s/ *Curtis T. Jones*_____
>Curtis T. Jones

2231244_1/15324-0007