UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NANCY ERHART, | ) |
| Plaintiff | ) ) ) ) |
| vs. | )   CASE NO. 1:11-cv-00301-JMS-MJD ) |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) ) ) |
| Counterclaimant, | ) ) |
| vs. | ) ) |
| NANCY ERHART, | ) ) |
| Counterclaim Defendant. | ) |

**DEFENDANT'S FINAL LIST OF EXHIBITS**

Comes now Defendant, United of Omaha Life Insurance Company ("United of Omaha"), by counsel, pursuant to the Case Management Plan and files the following final list of Exhibits.

1. Disability policy issued by United of Omaha.

2. All plaintiff's medical records, reports and test that were provided to United of Omaha by Ms. Erhart during the claim process and claims appeal process.

3. Any discovery responses.

4. Any deposition transcripts from depositions taken in this case.

5. Any exhibits used in depositions taken in this case.

6. Any documents produced in response to Non-Party Requests for Production.

**EXHIBIT D**

7. Documents produced by Ms. Erhart's former employer in response to the Non-Party Request for Production.

8. Ms. Erhart's Social Security Disability claim file.

9. Any and all documents evidencing payments made by Social Security Disability on behalf of Ms. Erhart.

10. Any and all claim correspondence between United of Omaha and Ms. Erhart or her representatives.

11. Any and all reports from Ms. Grancer, Ms. Rosenstock or Ms. Serkins concerning Ms. Erhart's claim and her appeal of United of Omaha's claim decision.

12. Any and all claim correspondence between United of Omaha and Ms. Erhart's former employer, City of Richmond.

13. Any and all Curriculum Vitaes of any testifying experts.

14. Any and all charts, summaries or calculations needed to assist the trier of fact.

15. Any and all evidence, documents or exhibits which were identified, mentioned, or referenced in any discovery response, including Interrogatory Answers, Responses to Requests for Production, Responses to Request for Admissions, Depositions and statements or correspondence.

16. Any and all evidence necessary to impeach witnesses or which evidence may come to the attention of the Defendant after considering testimony at trial.

17. All exhibits listed by Ms. Erhart.

18. Any necessary rebuttal exhibits.

19. Reports from Shirley A. Daugherty.

20. Curriculum Vitae of Ms. Daugherty.

21. All documents relied upon by Ms. Daugherty.

Respectfully submitted,


/s/ *Curtis T. Jones*
Curtis T. Jones, Attorney No. 24967-64
Robert B. Clemens, Attorney No. 4046-71

BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
cjones@boselaw.com
rclemens@boselaw.com

Attorneys for Defendant United of Omaha Life Insurance Company

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 12, 2012, a copy of the foregoing document was served on the following counsel via the Court's electronic filing service:

Melissa A. Davidson
Charles D. Hankey Law Office
434 E. New York Street
Indianapolis, IN  46202
mad@hankeylaw.com


/s/ *Curtis T. Jones*
Curtis T. Jones

2231342_1/15324-0007