UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NANCY ERHART, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     *v.* | ) | 1: 11-cv-00301-JMS-MJD |
| | ) | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) ) | |
|     *Defendant.* | ) | |
| | ) | |
| _____ | ) | |
| | | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) ) | |
|     *Counterclaimant,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY ERHART, | ) | |
|     *Counterclaim Defendant,* | ) | |

**ORDER ON MOTION TO FILE FINAL WITNESS AND EXHIBIT LISTS**

Comes now Defendant and Counterclaimant, United of Omaha Life Insurance Company, by counsel, and files its Motion for Leave to File Final Witness and Exhibit Lists; and the Court, being duly advised, and having considered Ms. Erhart's response, now finds that said Motion should be, and it hereby is**, GRANTED, but only in part.**

The Court hereby permits Defendant and Counterclaimant, United of Omaha Life Insurance Company, to file its Final Witness and Exhibit Lists, as attached to its Motion as Exhibits C and D, respectively. The Court is compelled to observe that United's disregard for the Court imposed deadlines is sloppy at best. The Court is permitting the filing of the lists because United has represented that no surprise witnesses or exhibits are included, and that all

have been disclosed previously.  Should Ms. Erhart disagree, she is to make specific

objection to any listed witness or exhibit within 14 days.

10/19/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies via ECF only:

DISTRIBUTION:
Robert B. Clemens rclemens@boselaw.com
Curtis T. Jones cjones@boselaw.com
Melissa Davidson mad@hankeylaw.com