```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                    INDIANAPOLIS DIVISION


NANCY ERHART,                          )
                                       )
          Plaintiff,                   )
     vs.                               ) NO. 1:11-cv-00301-JMS-MJD
                                       )
UNITED OF OMAHA LIFE INSURANCE         )
COMPANY,                               )
                                       )
          Defendant.                   )
```

### MINUTE ENTRY FOR NOVEMBER 5, 2012
### STATUS CONFERENCE
### HON. MARK J. DINSMORE, MAGISTRATE JUDGE

Parties appeared by telephone for a Status Conference.

The parties report they are ready to proceed with the settlement conference scheduled for November 29, 2012.

Dated: 11/07/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel