UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NANCY ERHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 1:11-cv-301-JMS-MJD |
| vs | ) |
| | ) |
| UNITED OF OMAHA LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO DISMISS**

NOW COMES the Plaintiff, Nancy Erhart, by and through counsel, Melissa A. Davidson, and Defendant, United of Omaha Life Insurance Company, by counsel, Curtis Jones, and show the Court by this Stipulation for Dismissal that the claims between the Parties have been amicably resolved with prejudice, each party to bear their own costs.

Respectfully submitted,

\s\ Melissa A. Davidson                              /s/ Curtis Jones
Melissa A. Davidson                                     Curtis Jones
Charles D. Hankey Law Office, PC                        Bose, McKinney & Evans, LLP
434 E. New York Street                                  111 Monument Circle, Suite 2700
Indianapolis, IN 46202                                  Indianapolis, IN 46204