UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| NANCY ERHART, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Case No: 1:11-cv-301-JMS-MJD |
| vs | ) |
| | ) |
| UNITED OF OMAHA LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

THIS CAUSE coming to be heard on the Stipulation for Dismissal of the Parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDER, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear their own costs.

Date: _____

_____
United States District Court Judge
Southern District of Indiana

Distribution:
Melissa A. Davidson:  mdavidson@hankeylaw.com
Curtis Jones:  cjones@boselaw.com